UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA BROTHERS, as Litigation Guardian Ad-Litem for REYMON LEAVELL, a single individual,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ESTEBAN MONREAL, SCOTT LAPIERRE, BENJAMIN TIMBS, MOLLY ACCOMANDO, FRANKLIN POBLOCKI, JONATHAN GOODWIN, WALKER DICKSON, AND CITY OF SEATTLE, a lawful municipal corporation in the State of Washington, JOHN DOES ONE THROUGH THREE,<br><br>                    Defendants. | No. 2:21-cv-01461-RSL<br><br>STIPULATION TO CONTINUE TRIAL AND TO EXTEND CASE DEADLINES |

## **STIPULATION**

COME NOW the parties, by and through their respective counsel of record and hereby stipulate and request that the Court enter an order continuing trial in this matter to February 5, 2024 and amending the case deadlines as follows:

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES
AND TRIAL DATE (2:21-cv-01461-RSL) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

| Event | Prior Date | Amended Date |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | June 7, 2022 | September 22, 2023 |
| Discovery completed by<br><br>All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2). | August 6, 2022 | October 27, 2023 |
| Settlement conference held by | August 20, 2023 | October 30, 2023 |
| Dispositive motions filed by<br><br>All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)). | September 5, 2022 | November 13, 2023 |
| Motions in limine<br><br>All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | November 6, 2023 | January 8, 2024 |
| Agreed Pretrial Order due | November 22, 2023 | January 22, 2024 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits | November 29, 2023 | January 29, 2024 |
| Trial (length 5-6 days) | December 4, 2023 | February 5, 2024 |

## STATEMENT OF GOOD CAUSE

This case arises out of Reymon Leavell's encounter with Seattle Police Department ("SPD") officers responding to an anonymous 9-1-1 call reporting the presence of an armed, suicidal male at a Seattle Public Library in the Madrona neighborhood of Seattle. Mr. Leavell, who is represented by a Litigation Guardian Ad Litem (collectively, "Plaintiff"), asserts claims for unreasonable seizure,

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES
AND TRIAL DATE (2:21-cv-01461-RSL) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

excessive force, and negligence against the named defendant officers and the City of Seattle (collectively, "Defendants").

The parties have been diligently pursuing discovery, and have a mediation scheduled in this matter for July 31, 2023 with mediator Brad Davis. In a joint effort to reduce costs and increase the chance of settlement, the parties are requesting that the Court continue the case schedule to allow for the cost of experts and expert discovery to be postponed until after mediation. The parties are also seeking to postpone the deposition of Plaintiff Reymon Leavell, who has developmental disabilities, until after mediation. The ability to avoid incurring significant expert expenses as well as taking Mr. Leavell's deposition will greatly increase the possibility of settlement at the July 31, 2023 mediation.

This Court previously granted extensions of certain case deadlines and one trial date extension. *See Dkts. #13, 16*.

For the reasons stated herein, good cause exists for granting the requested extension of the case schedule. The parties respectfully request that the trial date in this matter should be continued from December 4, 2023 until February 5, 2024 and that the other case schedule deadlines be reset as indicated above.

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES
AND TRIAL DATE (2:21-cv-01461-RSL) - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 26th day of May, 2023.

          ANN DAVISON
          Seattle City Attorney

By:   /s/ Rebecca S. Widen
      Rebecca S. Widen, WSBA# 57339
      Assistant City Attorney

By:   /s/ Natasha Khanna
      Natasha Khanna, WSBA# 52870
      Assistant City Attorney

      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Phone: (206) 684-8200

      E-mail:  Rebecca.widen@seattle.gov
      E-mail:  Natasha.Khanna@seattle.gov

*Attorneys for Defendants City of Seattle, Esteban Monreal, Scott LaPierre, Benjamin Timbs, Molly Accomando, Franklin Poblocki, Jonathan Goodwin and Walker Dickson*

          JAY H. KRULEWITCH, ATTORNEY AT LAW

By:   /s/ Jay H. Krulewitch
      Jay H. Krulewitch, WSBA #17612
      E-mail: jay@krulewitchlaw.com
      Jay H. Krulewitch, Attorney at Law
      2611 NE 113th St., Ste. 300
      Seattle, WA 98125

      *Attorney for Plaintiff*

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES
AND TRIAL DATE (2:21-cv-01461-RSL) - 4

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

# ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the trial date shall be continued to February 5, 2024, and case schedule shall be amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | June 7, 2022 | September 22, 2023 |
| Discovery completed by<br><br>All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2). | August 6, 2022 | October 27, 2023 |
| Settlement conference held by | August 20, 2023 | October 30, 2023 |
| Dispositive motions filed by<br><br>All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)). | September 5, 2022 | November 13, 2023 |
| Motions in limine<br><br>All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | November 6, 2023 | January 8, 2024 |
| Agreed Pretrial Order due | November 22, 2023 | January 22, 2024 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits | November 29, 2023 | January 29, 2024 |
| Trial (length 5-6 days) | December 4, 2023 | February 5, 2024 |

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES AND TRIAL DATE (2:21-cv-01461-RSL) - 5

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  Dated this 30th day of May, 2023.

*MRT S Lasnik*
Robert S. Lasnik
Senior United States District Court Judge

STIPULATION TO EXTEND CASE SCHEDULE DEADLINES
AND TRIAL DATE (2:21-cv-01461-RSL) - 6

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200