IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA BROTHERS, as Litigation Guardian Ad-Litem for REYMON LEAVELL, a single individual,<br><br>                              Plaintiff,<br><br>v.<br><br>ESTEBAN MONREAL, SCOTT LAPIERRE, BENJAMIN TIMBS, MOLLY ACCOMANDO, FRANKLIN POBLOCKI, JONATHAN GOODWIN, WALKER DICKSON, AND CITY OF SEATTLE, a lawful municipal corporation in the State of Washington, JOHN DOES ONE THROUGH THREE,<br><br>                              Defendants. | NO. C21-01461-RSL<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF JOSHUA BROTHERS AS SETTLEMENT GUARDIAN AD LITEM |

## **ORDER**

Based upon the unopposed "Motion for Appointment of Joshua Brothers as Settlement Guardian ad Litem," Dkt. # 22, IT IS HEREBY ORDERED that Joshua Brothers is appointed Settlement Guardian Ad-Litem for Reymon Leavell in this case. Mr. Brothers shall prepare an SGAL report for the court and recommend the following: 1) whether the court should approve the proposed settlement, and, if so, 2) propose a distribution of funds in this matter. The remaining case management deadlines are hereby VACATED.

**ORDER APPOINTING SETTLEMENT GAL - 1**

Dated this 29th day of August, 2023.

Robert S. Lasnik
United States District Judge

**ORDER APPOINTING SETTLEMENT GAL - 2**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email on this 28th day of August, 2023, to:

Rebecca S. Widen
Natasha Khanna
Assistant City Attorney
Seattle City Attorney's Office
Civil Division - Constitutional and Complex Litigation Section
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
rebecca.widen@seattle.gov
Natasha.Khanna@seattle.gov

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 28th day of August, 2023.

*s/Natalie Knoblich*
Natalie Knoblich
Paralegal to Jay H. Krulewitch

**ORDER APPOINTING SETTLEMENT GAL - 3**