1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA BROTHERS, as Litigation
Guardian ad Litem for REYMON
LEAVELL,

          Plaintiff,

     v.

ESTEBAN MONREAL, *et al.*,

          Defendants.

CASE NO. 2:21-cv-01461-RSL

ORDER

    This matter comes before the Court on the report of the Settlement Guardian ad Litem ("SGAL"). Dkt. # 24. The SGAL recommends that the Court approve a settlement of Mr. Leavall's claims which would provide $33,755.82 to Mr. Leavall, $59,290.61 to plaintiff's counsel for fees and costs, $80.57 for medical cost reimbursement, and $6,873.00 for guardian fees and costs. Counsel and the SGAL apparently negotiated a fee agreement which granted to counsel 40% of all sums recovered through settlement. Whether that percentage covers anticipated costs or whether there is a separate cost recovery provision is unclear because the fee agreement was not provided. In addition, the Court is unable to ascertain the reasonableness of counsel's hourly rate, hours expended on each task, and costs incurred because his billing and expense were not provided.

ORDER - 1

The Court understands that plaintiff's counsel is unavailable until June 17, 2024. The Clerk of Court is directed to note the SGAL's report for consideration on the Court's calendar for Friday, June 28, 2024. Plaintiff's counsel shall, on or before that date, file the fee agreement and the relevant billing/expense records. The fee agreement may be filed under seal.

Dated this 3rd day of June, 2024.

Robert S. Lasnik
United States District Judge

ORDER - 2