UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA BROTHERS, as Litigation Guardian ad Litem for REYMON LEAVELL,

  Plaintiff,

v.

ESTEBAN MONREAL, *et al*.,

  Defendants.

CASE NO. 2:21-cv-01461-RSL

ORDER SCHEDULING HEARING

This matter comes before the Court on the "Settlement Guardian ad Litem Report" (Dkt. # 24) and plaintiffs' "Motion for Approval of Settlement and Disbursement of Funds" (Dkt. # 28). A hearing regarding the fairness of the settlement will be held on Thursday, September 5, 2024, at 1:30 pm on the 15th floor of the United States Courthouse, located at 700 Stewart Street, Seattle, WA 98101. Plaintiffs' counsel shall, as soon as practicable, provide notice of the hearing to Reymon Leavell and his mother, Roxanne Leavell, both of whom are invited to attend and address the Court if they wish.

Dated this 1st day of August, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER SCHEDULING HEARING - 1