The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA BROTHERS, as Litigation Guardian Ad-Litem for REYMON LEAVELL, a single individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ESTEBAN MONREAL, SCOTT LAPIERRE, BENJAMIN TIMBS, MOLLY ACCOMANDO, FRANKLIN POBLOCKI, JONATHAN GOODWIN, WALKER DICKSON, AND CITY OF SEATTLE, a lawful municipal corporation in the State of Washington, JOHN DOES ONE THROUGH THREE,<br><br>　　　　　　　　　　Defendants. | NO. C21-01461-RSL<br><br>ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISBURSEMENT OF FUNDS |

**I. ORDER OF THE COURT**

THIS MATTER having come before the court on the Plaintiffs' Motion for Approval of Settlement and Disbursement of Funds, and the Court having considered the pleadings filed herein,

///

///

ORDER GRANTING MOTION TO APPROVE SETTLEMENT - 1

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

IT IS HEREBY ORDERED BY THE COURT, that the Plaintiffs' Motion for Approval of Settlement and Disbursement of Funds is hereby GRANTED.

DATED this 5th day of September, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO APPROVE SETTLEMENT - 2

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794