The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **JOSHUA BROTHERS, as Litigation Guardian Ad-Litem for REYMON LEAVELL, a single individual**, <br><br> Plaintiff, <br><br> v. <br><br> **ESTEBAN MONREAL, SCOTT LAPIERRE, BENJAMIN TIMBS, MOLLY ACCOMANDO, FRANKLIN POBLOCKI, JONATHAN GOODWIN, WALKER DICKSON, AND CITY OF SEATTLE, a lawful municipal corporation in the State of Washington, JOHN DOES ONE THROUGH THREE,** <br><br> Defendants. | NO. C21-01461-RSL <br><br> **AMENDED ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISBURSEMENT OF FUNDS** |

## I. ORDER OF THE COURT

THIS MATTER having come before the court on the Plaintiffs' Motion for Approval of Settlement and Disbursement of Funds, AND the Court having considered the pleadings filed herein;

IT IS HEREBY ORDERED BY THE COURT, that the Plaintiffs' Motion for Approval of Settlement and Disbursement of Funds IS HEREBY GRANTED; and

**AMENDED ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISBURSEMENT OF FUNDS - 1**

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

FURTHERMORE, IT IS HEREBY ORDERED BY THE COURT, that, based upon the Settlement Guardian ad Litem's conclusions and recommendations found in the Settlement Guardian Ad Litem Report (Dkt 24), that:

A) The offered gross settlement of $100,000.00 reached on behalf of Reymon Leavell is found adequate and reasonable and the settlement is approved by the Court AND

IS HEREBY GRANTED; and

B) Joshua L. Brothers, Litigation Guardian ad Litem, is authorized and directed to execute any and all instruments necessary to effect the settlement on behalf of Reymon Leavell,

IS HEREBY GRANTED; and

C) The fees in the amount of $33,655.81 and costs in the amount of $25,634.80 payable to Jay H. Krulewitch for the total amount of $59,290.61 is found reasonable and is approved for payment from the settlement proceeds,

IS HEREBY GRANTED; and

D) Jay H. Krulewitch is authorized and directed to distribute $80.57 from the settlement proceeds to ATI Physical Therapy for payment of an outstanding medical bill related to Reymon Leavell's injuries,

IS HEREBY GRANTED; and

E) Jay H. Krulewitch, attorney for Reymon Leavell, is authorized and directed to distribute the net settlement proceeds to an individual account with the Pooled Alliance Community Trusts, First Party Special Needs Trust, for the benefit of Reymon Leavell, with the Brain Injury Alliance of Washington as Trustee,

IS HEREBY GRANTED; and

F) Finding that the settlement proceeds shall not be considered to have been received by, to be available to, or to have come into the possession or under the control of Reymon Leavell,

**AMENDED ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISBURSEMENT OF FUNDS - 2**

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

IS HEREBY GRANTED; and

G) The Brain Injury Alliance of Washington is directed to file a Receipt of Deposit of Funds with this Court for the settlement proceeds it receives on behalf of Reymon Leavell and deliver copies thereof to plaintiff's counsel and the Settlement Guardian ad Litem within sixty (60) days after the entry of the Order approving the settlement,

IS HEREBY GRANTED; and

H) The fees and costs totaling $3,060.50 incurred as Litigation Guardian ad Litem for Reymon Leavell are found reasonable, and the outstanding balance of $883.50 be approved for payment from the settlement proceeds prior to distribution to the PACT,

IS HEREBY GRANTED; and

I) The fees and costs totaling $5,989.50 incurred as Settlement Guardian ad Litem for Reymon Leavell are found reasonable and are approved for payment from the settlement proceeds prior to distribution to the PACT,

IS HEREBY GRANTED; and

J) Brothers & Henderson, P.S. is authorized to represent the Brain Injury Alliance of Washington as Trustee of the Pooled Alliance Community Trusts, even though Reymon Leavell's settlement proceeds will be placed with the Pooled Alliance Community Trusts, First Party Special Needs Trust,

IS HEREBY GRANTED; and

K) The Settlement Guardian ad Litem is discharged upon the filing of the Receipt of Deposit of Funds by the Brain Injury Alliance of Washington,

IS HEREBY GRANTED.

**AMENDED ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISBURSEMENT OF FUNDS - 3**

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794

IT IS SO ORDERED.

Dated this 9th day of September, 2024.

_MrS Lasnik_
Robert S. Lasnik
United States District Judge

Presented by:

JAY H. KRULEWITCH LAW OFFICE

By: s/Jay H. Krulewitch
Jay H. Krulewitch, WSBA No. 17612
Attorney for Plaintiff

**AMENDED ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AND DISBURSEMENT OF FUNDS - 4**

Jay H. Krulewitch
Attorney at Law
P.O. Box 33546
Seattle, WA 98133
Phone: (206) 233-0828
Fax: (206) 628-0794