UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA BROTHERS, as Litigation Guardian Ad-Litem for REYMON LEAVELL, a single individual,<br><br>Plaintiff,<br><br>vs.<br><br>ESTEBAN MONREAL, SCOTT LAPIERRE, BENJAMIN TIMBS, MOLLY ACCOMANDO, FRANKLIN POBLOCKI, JONATHAN GOODWIN, WALKER DICKSON, AND CITY OF SEATTLE, a lawful municipal corporation in the State of Washington, JOHN DOES ONE THROUGH THREE,<br><br>Defendants. | No. 2:21-cv-01461-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## **STIPULATION**

IT IS HEREBY STIPULATED between the plaintiff, Joshua Brothers, as Litigation Guardian Ad-Litem for Reymon Leavell, and the defendants, Esteban Monreal, Scott Lapierre, Benjamin Timbs, Molly Accomando, Franklin Poblocki, Jonathan Goodwin, Walter Dickson, and City of Seattle, that this matter has been fully settled and compromised, and, may, therefore, be dismissed, as between the

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:21-cv-01461-RSL) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

plaintiff and defendants, with prejudice and without costs or attorneys' fees to either party.

DATED this 10th day of December, 2024.

| ANN DAVISON<br>Seattle City Attorney<br><br>By:  /s/ Natasha Khanna<br>       Natasha Khanna, WSBA# 52870<br>       Rebecca S. Widen, WSBA# 57339<br><br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8172<br>E-mail: Natasha.Khanna@seattle.gov<br>E-mail: Rebecca.widen@seattle.gov<br><br>*Attorneys for Defendants* | JAY H. KRULEWITCH,<br>ATTORNEY AT LAW<br><br>By:  /s/ Jay H. Krulewitch<br>       Jay H. Krulewitch, WSBA #17612<br><br>Jay H. Krulewitch, Attorney at Law<br>2611 NE 113th St., Ste. 300<br>Seattle, WA 98125<br>E-mail: jay@krulewitchlaw.com<br><br>*Attorney for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:21-cv-01461-RSL) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**ORDER**

THIS MATTER having come before this court upon the foregoing stipulation of the parties hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiff and the defendants, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this 12th day of December, 2024.

_____
Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:21-cv-01461-RSL) - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200